# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TIERRA LLOYD,

    Plaintiff(s),

v.

KERING GROUP, et al.,

    Defendant(s).

Case No. 2:24-cv-02209-BNW

**Order**

The undersigned has been assigned to this case as the evaluating judge with respect to the early neutral evaluation program. Docket No. 5. The local rules provide as follows:

> The evaluating magistrate judge has final authority to grant or deny any motion requesting exemption from the program and may exempt any case from early neutral evaluation on the judge's own motion. These orders are not appealable.

Local Rule 16-6(c). On March 27, 2025, Plaintiff filed a declaration indicating that this matter is subject to arbitration and all parties have agreed to arbitrate this matter. Docket No. 11.[1] As the parties have already agreed to other alternative dispute resolution, the undersigned exempts this case from the early neutral evaluation program. The Clerk's Office is **INSTRUCTED** to remove the "ENE" flag and remove the undersigned from the case.

IT IS SO ORDERED.

Dated: March 28, 2025

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] This notice was not filed in timely fashion. *See* Docket No. 5 (court entry from November 26, 2024, requiring notice that the case is subject to arbitration be filed within 14 days). Counsel must ensure in the future to file this type of notice in compliance with the Court's directives.