# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIERRA LLOYD,<br><br>    Plaintiff<br><br>v.<br><br>KERING GROUP and GUCCI AMERICA INC.,<br><br>    Defendant | Case No.: 2:24-cv-02209-APG-BNW<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 16] |

On April 30, 2025, Magistrate Judge Weksler recommended that I dismiss this case without prejudice because plaintiff Tierra Lloyd has not served the defendants by the given deadline. ECF No. 16. Lloyd did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 16) is accepted, plaintiff Tierra Lloyd's complaint (ECF No. 1) is dismissed without prejudice for failure to timely serve, and the clerk of court is instructed to close this case.

DATED this 15th day of May, 2025.

                                                                ANDREW P. GORDON<br>
                                                                 CHIEF UNITED STATES DISTRICT JUDGE